Your Name: Zhuo Quan MIAO

Your Address: 359 Rio Verde St, Daly City, CA 94014

Phone Number: (415) 866-7750

Email Address: ZhuMia@jaloo.com

Pro Se Plaintiff

FILED

AUG 11 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV25-06784 PHK

Zhuo Quan Miao

Plaintiff,

v.

Danielle laCampagne,
San Mateo County public Guardian's office
amy Miai, and unknown state Actors

Defendant.

Case Number [leave blank]

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Yes ☒    No ☐

## I.    PARTIES

1.  Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

    Name: Zhuo Quan MIAO

    Address: 359 Rio Verde St, Daly City, California 94014

    Telephone: (415) 866-7750

2.  Defendants. [Write each defendant's full name, address, and phone number.]

    Defendant 1:

    Name: Danielle laCampagne, LCSW

    Address: 225 37th Avenue, San Mateo, CA 94403

    Telephone: (650) 363-4117

    Defendant 2:

COMPLAINT                    PAGE 1 OF 8              JDC TEMPLATE, UPDATED 11/2024

Name: Amy Miao

Address: 2338 Alemany Blvd, San Francisco, CA 94403

Telephone: (415) 816-775

Defendant 3:

Name: Unknown state Actors

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?

42 USC § 1983 – Civil Action for deprivation of Right

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

COMPLAINT                                PAGE 2 OF 8                  JDC TEMPLATE, UPDATED 11/2024

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV.    INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5.  Because this lawsuit arose in ____San Mateo____ County, it should be assigned to the ____US District Court of Northern District of California____ Division of this Court.

## V.    STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

San Mateo County officials, including public guardians office and danielle lacompagno, allegedly conspired to place me under wrongful LPS conservatorship, block my role as executor of my late father zhang gang Mino's estate, and conceal key medical and legal facts. Through coordinated actions in probate, mental health and other courts, they restricted my and sisters/my minors constitutional right, imposed gage orders, and engaged in procedural retaliation to prevent estate planning, suppress evidence, and protect their own misconduct.

Key Events
1. 2015 - 2016 - Initial Interference.
   * San Mateo County agencies and official began monitoring and intervening in my family affairs.
   * My father, zhang gang Mino, developed serious health issue

including cancer, which was allegedly concealed from me by Name San Mateo County, and others

2. November 4, 2016 - Death of my father
   * I were the intended executor of my father's estate, but shortly after his death, county officials allegedly began taking steps to block my appointment

3. 2016-2017 - Conservatorship push
   * the San Mateo County public guardian's office, led by Danielle LaCampagne, allegedly initiated or influenced proceedings to place me under LPS conservatorship
   * probate and mental health court actions were used to sideline my authority over the estate
   * Case No. 17PRO0277-B involved sealed filings and restricted access to key records

4. 2017-2020 Suppression & gag orders
   * Court and county counsel allegedly imposed gag order and restrictions on my sister Amy Ncau, preventing estate related decision-making and public disclosure.
   * Alleged coordination between court-appointed counsel, social workers and county counsel to maintain control over my affairs and estate

5. 2021-2024 Continued retaliation procedural roadblock, refusal to file or serve documents, and interference with my ability to contest conservatorship or reclaim or claim rights

6. 2025 Federal Action initiated
   * I began preparing and filing federal civil rights complaint habeas corpus petition, and motion to unseal vacated gag orders in U.S. District Court, Northern District of California

COMPLAINT                    PAGE 4 OF 8                    JDC TEMPLATE, UPDATED 11/2024

# VI.    CLAIMS

## First Claim

Name the law or right violated:

a Count 1 - 42 USC § 1983 - violation of First Amendment right (right to petition and freedom of speech)

Name the defendants who violated it:

Danielle LaCampagne, LCSW, and public Guardian office San Mateo

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

This claim alleges that Danielle lacampagne, the probSan Mateo County public guardian's office, Amy Miao, and other unnamed state actors violated plaintiff's First Amendment rights by enforcing gag order, blocking court filing, restricting gag orders, communication with family and witnesses, and denying transportation to hearings. These actions retaliated against plaintiff's attempt to petition the courts and speak freely, causing loss of court access, emotional distress, and forth deprivation of estate rights

_____ **Claim**

Name the law or right violated:

Count 2 - 42 USC § 1983 - Violation of Fourteenth Amendment (Due process and Equal protection)

Name the defendants who violated it:

Danielle Lacompagne, The San Mateo public Guardian's office, Amy Mine and other unnamed state actors

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

This claim alleges that Danielle Lacompagne, the San Mateo county public Guardian's office, Amy Mine, and other unnamed state actors violated plaintiff's Fourth Amendment right to due process and equal protection by concealing probate filings, suppressing execute rights, denying notice and participation in hearings, and selectively targeting plaintiff for wrongful conservatorship. These actions deprived plaintiff of liberty and property without fair legal process and treated plaintiff differently from others in similar circumstances

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Plaintiff ask the court to declared defendant's actions unconstitutional stop further violation, restore plaintiff's rights and award damages, costs and attorney's fees, along with any other relief the court finds appropriate.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

        ☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:  _11 Aug 25_     Sign Name:  _____

                                          Print Name:  _ZHUO Quan MIAO_

Copy this page and insert it where you need additional space.

Short Description of Count 3
this claim alleges that Danelle Lacampagna, the public
San Mateo county public guardian's office Amy MIAO,
and other immune state actors engaged in a civil conspiracy
under 42 USC § 1985 (3) to deprive plaintiff of her
constitutional rights by coordinating actions to block court
access, suppress executor powers, and enforce unlawful gag
orders, causing significant harm and damages.

Short Description of Count 4
this claim alleges that defendant violated the Americans
with Disabilities Act (42 USC § 12132) by using alleged
mental Health disabilities as a basis for conservatorship without
providing reasonable accommodations and by discriminating
against Plaintiff in legal proceedings, and that removal
under 28 USC § 1443 is warranted because state
procedures failed to protect Plaintiff's federal rights